JANE H. FULLER, as Executrix of JAMES FULLER, Deceased, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Fuller* v. *N. Y. C. & H. R. R. R. Co.*, 160 App. Div. 864, affirmed.
(Argued December 15, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover possession of certain certificates of stock defended upon the ground that the said certificates had been surrendered

44

for cancellation and transfer and new certificates issued to the transferees.

*Robert E. Whalen* for appellant.

*Alonzo P. Strong, Daniel Naylon, Jr.,* and *J. Teller Schoolcraft* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.